**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000579
31-DEC-2012
09:08 AM**

NO. CAAP-12-0000579

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


BAYVIEW LOAN SERVICING, LLC,
A DELAWARE LIMITED LIABILITY COMPANY, Plaintiff-Appellee,
v.
YOLANDA GIBO and JUSTIN P. PUNI, Defendants-Appellants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-0214)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on June 15, 2012, Defendants-Appellants Yolanda Gibo and Justin P. Puni (Appellants) filed a notice of appeal; (2) on August 9, 2012, the record on appeal was filed and the appellate clerk informed Appellant that the jurisdictional statement was due on August 20, 2012 and the opening brief was due on September 18, 2012; (3) at Appellants request the time to file the opening brief was extended to October 18, 2012; (4) on

December 7, 2012, Appellants' were informed that the time to file the jurisdictional statement expired on August 20, 2012 and the time to file the opening brief expired on October 18, 2012, that this court may take such action as it deemed proper, including dismissal of the appeal, and that relief from default should be made by motion; and (5) no jurisdictional statement was filed, no opening brief was filed, and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i, December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge

-2-